UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH WADE,

    Plaintiff,

v.                                                   Case No. 8:23-cv-443-TPB-JSS

GRIEGER ENTERPRISES, LLC,
d/b/a La-Z-Boy Home Furnishings
and Décor,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on consideration of the report and recommendation of Julie S. Sneed, United States Magistrate Judge, entered on May 15, 2023. (Doc. 12). Judge Sneed recommends that the "Joint Motion for Approval of FLSA Settlement and Dismissal of Action with Prejudice and Incorporated Memorandum of Law" (Doc. 8) be granted. The parties filed a "Joint Notice of Non-Objection" (Doc. 13).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court

must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, the Court adopts the report and recommendation. The Court agrees with Judge Sneed's detailed and well-reasoned factual findings and legal conclusions. Consequently, the joint motion is granted, the settlement is approved, and this case is dismissed with prejudice.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Sneed's report and recommendation (Doc. 12) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) The "Joint Motion for Approval of FLSA Settlement and Dismissal of Action with Prejudice and Incorporated Memorandum of Law" (Doc. 8) is hereby **GRANTED** and this case is **DISMISSED** with prejudice.

(3) The Settlement Agreement (Doc. 8-1) is **APPROVED**.

(3)     The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 22nd day of May, 2023.

*/s/ Tom Barber*

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**